FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0699

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-23-0699

DAVID E. ORR,

Appellant,

vs.

TIFFANY HOUSE,

Appellee.

**ORDER GRANTING EXTENSION OF TIME TO FILE BRIEF**

The Court, having reviewed the Appellee's Motion for Extension of Time to File Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellee/Cross-Appellant is granted a 30 day extension of time to file her answer brief, up to and including April 1, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024